DANA MARIE RIBELIN (F/K/A CREEL)
v.
PHILLIP RAY CREEL

No. 112A15

Filed 15 April 2016

Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 770 S.E.2d 389 (2015), affirming in part and remanding in part an order entered on 12 November 2013, and remanding an order entered on 24 January 2014, both by Judge Charlie Brown in District Court, Rowan County. On 20 August 2015, the Supreme Court allowed plaintiff's petition for discretionary review of additional issues. Heard in the Supreme Court on 21 March 2016.

*Arlaine Rockey for plaintiff-appellant.*

*Kip D. Nelson for defendant-appellee.*

PER CURIAM.

As to the appeal of right based on the dissenting opinion, we affirm the majority decision of the Court of Appeals. We conclude that the petition for discretionary review as to additional issues was improvidently allowed.

AFFIRMED IN PART; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.